BEFORE THE SECOND DIVISION, AUGUST 1, 1962

**No. 66940.**—American Bayard Cycle Co. et al. *v.* United States, protests 60/24954, etc. (Boston).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.